## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ,<br><br>Plaintiff<br><br>v.<br><br>ISSA MOHAMMED HUSSEIN, et al.,<br><br>Defendants | Case No.: 2:24-cv-02085-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that plaintiff Luis Felipe Castaneda-Ambriz's certificate of interested parties (ECF No.6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by November 27, 2024.

    DATED this 14th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE