# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ,<br>    Plaintiff,<br>v.<br>ISSA MOHAMMED HUSSEIN, *et al.*,<br>    Defendants. | Case No. 2:24-cv-02085-APG-NJK<br><br>**Order** |

Parties must refrain from including personal-data identifiers in documents filed with the Court. *See* Local Rule IC 6-1(a). Defendants' petition for removal includes a copy of a commercial driver license, which contains a birth date and home address. Docket No. 1 at 27-28.

Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 1. Defendants must file a redacted version of their petition for removal by November 18, 2024. <u>Defendants must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

IT IS SO ORDERED.

Dated: November 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1