UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ,<br><br>    Plaintiff,<br><br>v.<br><br>ISSA MOHAMMED HUSSEIN, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-02085-APG-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Defendants filed a notice of service of discovery on the Docket. Docket No. 12. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

Further, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by February 11, 2025.

IT IS SO ORDERED.

Dated: February 7, 2025

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge