# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ,<br><br>    Plaintiff,<br><br>v.<br><br>ISSA MOHAMMED HUSSEIN, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-02085-APG-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Defendants filed a notice of service of discovery on the Docket. Docket No. 16. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1