RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
DANIEL J. KLETT, ESQ.
Nevada Bar No. 14897
MESSNER REEVES LLP
8945 West Russell, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
Email: rfinch@messner.com
          dklett@messner.com
*Attorneys for Defendant,*
*Issa Mohammed Hussein, Radakovic Trucking, Inc.,*
*FedEx Ground Packaging System Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> ISSA MOHAMMED HUSSEIN, individually: RADAKOVIC TRUCKING, INC., a Domestic Business Corporation; FEDEX GROUND PACKAGE SYSTEM, INC., a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive, <br><br> Defendants. | Case No.:    2:24-cv-02085 <br><br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney RENEE M. FINCH, ESQ., is no longer with MESSNER REEVES LLP, and no longer counsel of record for Defendants, ISSA MOHAMMED HUSSEIN, RADAKOVIC TRUCKING, INC., and FEDEX GROUND PACKAGE SYSTEM, INC.,

MR 16378.0035

1  in the above captioned matter.  Please remove Ms. Finch from your service list for this case.

2         Daniel J. Klett, Esq., of MESSNER REEVES LLP will continue to serve as counsel of record
3  for Defendants, ISSA MOHAMMED HUSSEIN, RADAKOVIC TRUCKING, INC., and FEDEX
4  GROUND PACKAGE SYSTEM, INC.

6         DATED this 7th day of April, 2025.

                                                            MESSNER REEVES LLP

                                                            /s/ Daniel J. Klett, Esq.
                                                            DANIEL J. KLETT, ESQ.
                                                            Nevada Bar No. 14897
                                                            8945 West Russell, Suite 300
                                                            Las Vegas, Nevada 89148
                                                            *Attorneys for Defendant,*
                                                            *Issa Mohammed Hussein, Radakovic Trucking,*
                                                            *Inc.,FedEx Ground Packaging System Inc.*

IT IS SO ORDERED.                                           Nancy J. Koppe
Dated: April 8, 2025                                        United States Magistrate Judge

MR 16378.0035