**STIP**
Karie Wilson, Esq.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: kwilson@messner.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS FELIPE CASTANEDA-AMBRIZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> ISSA MOHAMMED HUSSEIN, individually; RADAKOVIC TRUCKING, INC., a Domestic Business Corporation; FEDEX GROUND PACKAGE SYSTEM, INC., a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02085-APG-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants ISSA MOHAMMED HUSSEIN, RADAKOVIC TRUCKING, INC., and FEDEX GROUND PACAKGE SYSTEM, INC., through counsel of record, Karie N. Wilson, Esq. of MESSNER REEVES LLP, and Plaintiff LUIS FELIPE CASTANEDA-AMBRIZ, through counsel of record, Paul Shpirt, Esq. of DIMOPOULOS LAW FIRM, that all claims against ISSA MOHAMMED HUSSEIN, RADAKOVIC TRUCKING, INC., and FEDEX GROUND PACAKGE SYSTEM, INC., arising out of Case No. 2:24-cv-02085, be DISMISSED, WITH PREJUDICE, with each of the parties to bear their own fees and costs.

. . .

{08489123 / 1}                                     Page **1** of **2**

| | |
|---|---|
| DATED this 13th day of May 2025. | DATED this /2/ day of May 2025 |
| **MESSNER REEVES LLP** | **DIMOPOULOS LAW FIRM** |
| /s/ *Karie N. Wilson* | /s/ |
| Karie Wilson, Esq.<br>Nevad Bar No. 7957<br>8945 W. Russell Rd. Ste 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants* | Paul Shpirt, Esq<br>Nevada Bar No. 10441<br>6671 South Las Vegas Blvd., Suite 275<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff* |

### ORDER FOR DISMISSAL, WITH PREJUDICE

IT IS HEREBY ORDERED that the claims asserted by Plaintiff LUIS FELIPE CASTANEDA-AMBRIZ against Defendants ISSA MOHAMMED HUSSEIN, RADAKOVIC TRUCKING, INC., and FEDEX GROUND PACAKGE SYSTEM, INC. are hereby DISMISSED, WITH PREJUDICE, with the parties to bear their own fees and costs.

IT IS SO ORDERED:

Dated: May 14, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE